# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Forrester Construction Company ) | ASBCA No. 58983 |
| ) | |
| Under Contract No. W912DR-10-C-0067 ) | |

APPEARANCE FOR THE APPELLANT:      Martin R. Salzman, Esq.
     Hendrick, Phillips, Salzman & Flatt, P.C.
     Atlanta, GA

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
     Engineer Chief Trial Attorney
    Richard P. White, Esq.
    Scott C. Seufert, Esq.
     Engineer Trial Attorneys
     U.S. Army Engineer District, Baltimore

## ORDER OF DISMISSAL

The appeal has been settled. At the parties' request, the appeal is dismissed from the Board's docket with prejudice.

Dated: 27 June 2014

_____
TERRENCE S. HARTMAN
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 58983, Appeal of Forrester Construction Company, rendered in conformance with the Board's Charter.

Dated:

_____
JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals